VICTORIA N. STEVENS (#014060)
Law Office of Victoria M. Stevens, P.L.C.
The Viad Building
1850 North Central Avenue, Suite 1150
Phoenix, Arizona 85004
Business Phone: 602.412.4444
Cell Phone: 602.460.6183
Fax: 602.926-8866
E-Mail: victoria.stevens@azbar.org

SCOTT C. CLARKSON (Cal. State Bar # 143271)
CLARKSON, GORE & MARSELLA, APLC
3424 Carson Street, Suite 350
Torrance, CA 90503
Telephone: (310) 542-0111
Facsimile: (310) 214-7254
E-Mail: sclarkson@lawcgm.com

Counsels for WKS Restaurant Corporation,
Party in Interest

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| RIGEL CORPORATION, | ) Case No. 2-06-12480-RTB |
| | ) |
| Debtor. | ) **AFFIDAVIT OF SERVICE** |
| | ) |
| | ) |

```
STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )
```

Scott C. Clarkson, being first duly sworn, upon his oath, deposes and states that:

1. He is, and all times mentioned herein was, a citizen of the United States of America, and a resident of Los Angeles County, California.

2. He is over the age of 21 years;

366080v1

3. He is employed by the law firm of Clarkson, Gore & Marsella, APLC;

4. He is not a party to the above-entitled proceeding; and

5. On September 27, 2006 he caused copies of the *Application of Scott C. Clarkson for Limited Admission and Order* filed in the above-captioned proceeding to be served via U.S. Mail to all parties listed below.

**SERVICE LIST**

| | |
|---|---|
| **Thomas H. Allen, Esq.**<br>ALLEN & SALA, P.L.C.<br>1850 N. Central Avenue, Suite 1150<br>Phoenix, AZ 85004 | **(Attorney for Trustee)** |
| **United States Trustee**<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003-1706 | |
| **Anthony H. Mason**<br>P.O. Box 4427<br>Phoenix, AZ 85030 | **(Bankruptcy Trustee)** |
| **Michael W. Carmel, Esq.**<br>MICHAEL W. CARMEL, LTD.<br>80 E. Columbus Avenue<br>Phoenix, AZ 85012-4965 | **(Attorney for Debtor)** |
| **Brian Sirower, Esq.**<br>One Renaissance Square<br>Two N. Central Avenue<br>Phoenix, AZ 85004-2391 | **(Attorney for M&I Bank)** |
| **Phillip R. Rudd, Esq.**<br>KUTAK ROCK LLP<br>8601 N. Scottsdale Road, Suite 300<br>Phoenix, AZ 85253-2742 | **Local Counsel for GE Capital)** |

-1-

366080v1

1 | **Jeffrey Wegner, Esq.**                              (Attorney for GE Cap.)
  | KUTAK ROCK, LLP
2 | The Omaha Building
  | 1650 Farnam Street
3 | Omaha, NE 68102

4 | **Christopher R. Kaup, Esq.**    (Attorney for Krispy Kreme Corp.)
  | TIFFANY & BOSCO, P.A
5 | Camelback Esplanade II
  | 2525 E. Camelback Road, 3rd Floor
6 | Phoenix, AZ 85016-4237

7 |

  | **David L. Pollack, Esq.**         (Attorney for Chick-fil-A, Inc.)
8 | BALLARD SPAHR ANDREWS &
  | INGERSOLL, L.L.P
9 | 1735 Market Street, 51st Floor
  | Philadelphia, PA 19103
10 |

11 | **Stephen M. Savage, Esq.**        (Attorney for Chick-fil-A, Inc.)
   | BALLARD SPAHR ANDREWS &
12 | INGERSOLL, L.L.P
   | 3300 N. Central Avenue, Suite 1800
13 | Phoenix, AZ 85012

14 |

   |     Further, Affiant sayeth naught.
15 |

16 |                           /s/ Scott C. Clarkson

17 | **Subscribed and sworn** to before me on this 27th day of September

18 | 2006, by SCOTT C. CLARKSON, personally known to me or proved to me

19 | of the basis of satisfactory evidence to be the person who appeared

20 | before me.

21 |

22 |
   |                                         /s/ Diane N. Branche
23 |                                         Notary Public

24 |
   | My Commission Expires: May 15, 2008
25 |

26 |

27 |

28 |

-2-

366080v1