GRANTED (watermark)

**SO ORDERED.**

Dated: September 28, 2006



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

VICTORIA M. STEVENS (#014060)
Law Office of Victoria M. Stevens, P.L.C.
The Viad Building
1850 North Central Avenue, Suite 1150
Phoenix, Arizona 85004
Business Phone: 602.412.4444
Cell Phone: 602.460.6183
Fax: 602.926-8866
E-Mail: victoria.stevens@azbar.org

SCOTT C. CLARKSON (Cal. State Bar # 143271)
CLARKSON, GORE & MARSELLA, APLC
3424 Carson Street, Suite 350
Torrance, CA 90503
Telephone: (310) 542-0111
Facsimile: (310) 214-7254
E-Mail: sclarkson@lawcgm.com

Counsels for WKS Restaurant Corporation,
Party in Interest

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re | ) Chapter 11 |
| RIGEL CORPORATION, | ) Case No. 2-06-12480-RTB |
| Debtor. | ) **APPLICATION OF SCOTT C. CLARKSON** |
| | ) **FOR LIMITED ADMISSION AND ORDER** |

Applicant Scott C. Clarkson, Esq., hereby applies for leave to appear and participate in this action.

I am a member in good standing of the California State Bar, the State Bar of the Commonwealth of Virginia and the District of Columbia Bar. I am admitted to the United States Supreme Court, the 9th and 4th and District of Columbia Circuits Court of Appeals, The United States District Courts for Central, Northern, Eastern and Southern California, the District Courts of Northern Virginia and District of Columbia, the United States Bankruptcy Courts in each above identified District Courts, the California Supreme Court and all inferior state courts within that jurisdiction, the Virginia Supreme Court and all inferior state courts within that jurisdiction. I have

366080v1

| | |
|---|---|
| 1 | been retained by WKS Restaurant Corporation to appear in this court in the action.  I am not a |
| 2 | member of the bar of the United States District Court, District of Arizona. |

    I declare under penalty of perjury that: (1) I do not reside in Arizona; (2) I am not regularly employed in Arizona; and (3) I am not regularly engaged in the practice of law in Arizona.

    I further declare under penalty of perjury under the laws of the United States of America that I have filed the following Application(s) for Limited Admission or Pro Hoc Vice Application(s) with this Court:

| CASE NAME | CASE NUMBER | DATE APPL. FILED | GRANTED/DENIED |
|---|---|---|---|
| N/A | | | |

  I hereby designate Victoria M. Stevens, Esq., of the Law Offices of Victoria M. Stevens, a member of the bar of this court who maintains an office in this district and who has consented to this designation, as co-counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

Dated:  September 22, 2006         _____/s/_____
                  Scott C. Clarkson
                  CLARKSON, GORE & MARSELLA, APLC
                  3424 Carson Street, Suite 350
                  Torrance, CA 90503
                  Telephone: (310) 542-0111
                  Facsimile: (310) 214-7254
                  sclarkson@lawcgm.com

**CONSENT TO DESIGNATION**

  I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

Dated: September 22, 2006          _____/s/_____
                  V.M. STEVENS  (#014060)
                  **Law Office of Victoria M. Stevens, P.L.C.**
                  The Viad Building
                  1850 North Central Avenue, Suite 1150
                  Phoenix, Arizona  85004
                  Business Phone:  602.412.4444
                  Cell Phone:  602.460.6183
                  Fax:  602.926-8866
                  E-Mail: victoria.stevens@azbar.org

366080v1

*GRANTED* (watermark)

**ORDER**

Based upon the foregoing application and consent, the above applicant is hereby permitted to appear and participate in this action as counsel for WKS Restaurant Corporation.

IT IS SO ORDERED.

Dated:_____        _____
                                     UNITED STATES BANKRUPTCY JUDGE



-2-

366080v1